**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

SAIYAM VISHVABANDHU PATEL,

*Plaintiff*,

v.

MARKWAYNE MULLIN, *et al.*,

*Defendants*.

Civil Action No.:2:26–CV–08679 –MEF

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants. Defendant has not served an answer or motion for summary judgment in this action. Accordingly, the Petitioner, Saiyam Wishvabandhu Patel, notices voluntary dismissal of his complaint.

Date: October 13, 2026

Aleksandra N. Gontaryuk, Esq.
AG Law Firm
111 Town Square Pl.
Ste. 1238, PMB 45115
Jersey City, NJ 07310-1755
Tel.: 908.336.7550

So Ordered

Michael E. Farbiarz, U.S.D.J.

Date: October 14, 2026